| Information to identify the case: | | Social Security number or ITIN | xxx–xx–3109 |
|---|---|---|---|
| Debtor 1 | **Marvin English** | EIN | _ _–_ _ _ _ _ _ _ |
| | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | Date case filed for chapter  13 | **1/14/19** |
| Case number: | **19–70134–SCS** | | |

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Marvin English | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 204 Fillmore Place<br>Chesapeake, VA 23325 | |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth E. Goolsby<br>Alliance Legal Group<br>133 Mount Pleasant Road<br>Chesapeake, VA 23322 | Contact phone 757–482–5705<br>Email: kenny@call54legal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Michael P. Cotter<br>Chapter 13 Trustee<br>870 Greenbrier Circle, Suite 402<br>Chesapeake, VA 23320 | Contact phone  757–961–3000<br>Email:  mpcotter@mpcch13.com |

| 6. **Bankruptcy clerk's office** | | **For the Court:** |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 600 Granby St., Room 400<br>Norfolk, VA 23510<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays. | Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: January 15, 2019 |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Contact phone 757–222–7500 | |

| 7. **Meeting of creditors** | **February 20, 2019** at **10:00 AM** | **Location:**<br>**Office of the U.S. Trustee, 200 Granby Street, Room 120, Norfolk, VA 23510** |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | |

| 8. **Deadlines** | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline: April 22, 2019** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2)or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: March 25, 2019** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: July 15, 2019** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to file an Objection to a Proof of Claim** is 90 days after the deadline set forth above to file a Proof of Claim. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| 9. | **Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation** | Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **A confirmation hearing will be held even if no objections have been filed.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:<br><br>**April 4, 2019** at **10:30 AM**,<br><br>Location: **Chief Judge St. John – Courtroom 1, U.S. Bankruptcy Court, 4th Floor, 600 Granby Street, Norfolk, VA 23510** |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13. | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. |
| 14. | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| 15. | **Manner of Payment of Fees** | **Newport News:** non–debtor's check, money order, cashier's check or any authorized non–debtor's credit card; cash is NOT accepted at Newport News location.<br>**Norfolk:** same as above; however, effective December 16, 2013, cash is accepted – ONLY in the exact amount due for payment of fees and services. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

```
                           United States Bankruptcy Court
                            Eastern District of Virginia
In re:                                                            Case No. 19-70134-SCS
Marvin English                                                    Chapter 13
       Debtor                  CERTIFICATE OF NOTICE
District/off: 0422-8         User: mitchella             Page 1 of 2              Date Rcvd: Jan 15, 2019
                             Form ID: 309I               Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2019.
db            +Marvin English,    204 Fillmore Place,    Chesapeake, VA 23325-4720
tr            +Michael P. Cotter,    Chapter 13 Trustee,    870 Greenbrier Circle, Suite 402,
                Chesapeake, VA 23320-2641
14679404      +A-1 Inc Exterminator,    1704 South Park Court,    Chesapeake, VA 23320-8910
14679407      +BWW Law Group, LLC,    4520 East West Hwy., Suite 200,    Bethesda, MD 20814-3382
14679413      +Elizabeth English,    204 Fillmore Place,    Chesapeake, VA 23325-4720
14679414      +Equity Trustees, LLC,    8100 Three Chopt Rd. Suite 240,    Henrico, VA 23229-4833
14679415       Franchezca Lopez,    204 Fillmore Pl,    Chesapeake, VA 23325-4720
14679416      +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
14679417      +George M. Awad, CEO/President,    Walter Inventment/Ditech,    1100 Virginia Drive #100A,
                Fort Washington, PA 19034-3276
14679422      +Michael J. Filippis, LLC,    276 Broad St., Ste. 1,    Bloomfield, NJ 07003-2746
14679424      +PFS/Prof Finan. Svcs. Corp,    4445 Corporation Lane,    Virginia Beach, VA 23462-3262
14679425      +Picatinny Federal Credit Union,    100 Minneral Springs Dr.,    Dover, NJ 07801-1637
14679426      +Professional Finan. Svcs. CERT,    c/o Robert E. Tucker, RA,    10913 Lawyers Rd.,
                Reston, VA 20191-4908
14679428       Regional Acceptance (notice),    CT Corp System, Reg. Ag.,    4701 Cox Rd, Ste. 301,
                Glen Allen, VA 23060-6802
14679429      +Ronald Cooper,    202 Riviera Place,    Chesapeake, VA 23322-6993
14679430      +Rubenstein, Cogan, Revesman,    12 S. Summit Avenue, Suite 250,    Gaithersburg, MD 20877-2092
14679432      +Sears/Citibank//Midland,    PO Box 20363,    Kansas City, MO 64195-0363
14679434       Select Portfolio Svc. (RA),    Corporation Service Company,    BOA Ctr, 16th FL,
                Richmond, VA 23219-0000
14679435      +Shellpoint Mortgage,    POB 740039,    Cincinnati, OH 45274-0039
14679438       US Attorney General (notice),    US Dept. of Justice,    950 Pennsylvania Ave., NW,
                Washington, DC 20530-0001
14679441      +Weil Gotshal & Manges, LLP,    for Sears Holdings Corp.,    767 Fifth Avenue,
                New York, NY 10153-0026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: kenny@call54legal.com Jan 16 2019 03:51:19      Kenneth E. Goolsby,
                Alliance Legal Group,    133 Mount Pleasant Road,    Chesapeake, VA   23322
14679405       EDI: AMEREXPR.COM Jan 16 2019 09:51:00      American Express,    POB 650448,
                Dallas, TX 75265-0448
14679408      +EDI: CAPITALONE.COM Jan 16 2019 09:51:00      Capital One,   P.O. Box 30285,
                Salt Lake City, UT 84130-0285
14679409       EDI: CAPONEAUTO.COM Jan 16 2019 09:53:00      Capital One Auto Finance,    POB 60511,
                City of Industry, CA 91716-0511
14679410      +EDI: RMSC.COM Jan 16 2019 09:53:00      Care Credit,   P.O. Box 965036,    Orlando, FL 32896-5036
14679411      +E-mail/Text: bkr@taxva.com Jan 16 2019 03:52:48      Commonwealth of Virginia,
                Dept. of Taxation,    PO Box 2156,    Richmond, VA 23218-2156
14679412      +EDI: RCSFNBMARIN.COM Jan 16 2019 09:51:00      Credit One,    P.O. Box 98873,
                Las Vegas, NV 89193-8873
14679420       EDI: IRS.COM Jan 16 2019 09:53:00      IRS,   P.O. Box 7346,    Philadelphia, PA 19101-7346
14679421       EDI: TSYS2.COM Jan 16 2019 09:51:00      Macy’s,    P.O. Box 183083,    Columbus, OH 43218-3083
14679423      +EDI: MID8.COM Jan 16 2019 09:50:00      Midland Funding LLC,    8875 Aero Drive, Suite 200,
                San Diego, CA 92123-2255
14679427       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 16 2019 04:06:28       Regional Acceptance,
                P.O. Box 580075,    Charlotte, NC 28258-0075
14679436       E-mail/Text: bknotices@snsc.com Jan 16 2019 03:53:02      SN Servicing Corp.,    323 5th Street,
                Eureka, CA 95501-0000
14679437       EDI: AGFINANCE.COM Jan 16 2019 09:49:00      Springleaf,    P.O. Box 59,
                Evansville, IN 47701-0000
14679431      +EDI: SEARS.COM Jan 16 2019 09:51:00      Sears,    8725 W. Sahara Ave.,
                The Lakes, NV 89163-0001
14679433      +E-mail/Text: jennifer.chacon@spservicing.com Jan 16 2019 03:53:16
                Select Portfolio Servicing,    Matt Hollingsworth, CEO/Pres.,    3217 So. Decker Lake Dr.,
                Salt Lake City, UT 84119-3284
14679440      +E-mail/Text: bncmail@w-legal.com Jan 16 2019 03:52:24      USAA Savings Bank,
                c/o Weinstein & Riley PS,    2001 Western Ave., #400,    Seattle, WA 98121-3132
14679439      +EDI: USAA.COM Jan 16 2019 09:49:00      USAA Savings Bank,    P.O. Box 33009,
                San Antonio, TX 78265-3009
                                                                                                TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14679418*       Internal Revenue Svc.,    PO Box 7346,    Philadelphia, PA 19101-7346
14679419*       Internal Revenue Svc.-CIO,    PO Box 7346,    Philadelphia, PA 19101-7346
14679406     ##+Antonio Banks,    2940 E. Princess Anne Rd,    Norfolk, VA 23504-3113
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0422-8           User: mitchella              Page 2 of 2                  Date Rcvd: Jan 15, 2019
                               Form ID: 309I                Total Noticed: 38
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2019 at the address(es) listed below:
              John P. Fitzgerald, III    ustpregion04.no.ecf@usdoj.gov
              Kenneth E. Goolsby    on behalf of Debtor Marvin  English kenny@call54legal.com,
               bkdocs@call54legal.com;bankruptcyattorney@call54legal.com;Kenny@ecf.courtdrive.com;molly@call54le
               gal.com;Katie@call54legal.com;Kennygoolsbybk@gmail.com
              Michael P. Cotter    ecftng@mpcch13.com
                                                                                             TOTAL: 3
```